**E-Filed 1/20/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| U.S. BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> JOSE LOPEZ, <br><br> Defendant. | Case Number C 09-05985 JF (HRL) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND AND DENY AS MOOT, WITHOUT PREJUDICE DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> [re: docket nos. 2, 4, 7, and 8 ] |

On December 31, 2009, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation that this Court summarily remand the instant action to Santa Clara County Superior Court and deny as moot, without prejudice, Defendant's application to proceed *in forma pauperis*. No objections were filed. The Court has reviewed Judge Lloyds' recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Lloyd. Accordingly, Plaintiff's motions to remand and shorten time are terminated and the hearing on the motion to remand is vacated.

IT IS SO ORDERED.

DATED: 1/20/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-32 JF (RS)
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND AND DENY AS MOOT, WITHOUT PREJUDICE DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)

1
2  Copies of Order served on:

3  Jose Lopez
   3283 Hostetter Road
4  San Jose, CA 95132

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-32 JF (RS)
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND AND DENY AS MOOT, WITHOUT
PREJUDICE DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)